IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:18-CR-111-WKW |
| ) | [WO] |
| LITTLE JOE FOSTER ) | |

# ORDER

Defendant has filed a *pro se* motion for compassionate release in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. # 83.) He was convicted of possessing a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i), and was sentenced to sixty months' imprisonment. (Doc. # 79.)

Upon a thorough review of the record and upon consideration of the 18 U.S.C. § 3553(a) factors, the court concludes that Defendant's motion is due to be denied for the reasons set out in the Government's response. (Doc. # 97.) Accordingly, it is ORDERED that Defendant's motion for compassionate release (Doc. # 83) is DENIED.

It is further ORDERED that Defendant's *pro se* motion to appoint counsel (Doc. # 83) is DENIED.

DONE this 23rd day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE